MARY DONOHUE and Another, Respondents, v. HAVEN TRANSPORTATION, INC., Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

AGNES PARKS, Respondent, v. BOWMAN-BILTMORE HOTELS CORPORATION, Appellant, and LEONARD J. DILLON, Defendant.— Order in so far as it denies appellant's motion for an oral examination of plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

RUBIN ZASLOWSKY, Respondent, v. JOHN D. LYONS, Appellant.— Order denying defendant's motion for a change of venue to Sullivan county and granting plaintiff's cross-motion to retain the place of trial in Kings county reversed on the law and the facts, with ten dollars costs and disbursements, defendant's motion granted and plaintiff's cross-motion denied, with ten dollars costs. The papers clearly show that plaintiff is a resident of Sullivan county and not of Kings county. That defendant has a good reputation and is widely and favorably known in Sullivan county does not warrant a retention of the action in Kings county. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ, concur.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LEON JAFFE, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits of NATALE MELITA, Deceased. JOSEPHINA MELITA, Appellant; CHARLES M. MILLER, Respondent.— Motion to confirm report of official referee granted. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

EMILE ANTONY, Respondent, v. ALEXANDER & WILSON, INC., and Others, Defendants, Impleaded with RIDGEWOOD HOMES CORPORATION, Appellant.— Judgment of the County Court of Westchester county modified by providing for reformation of the releases on the ten building lots from the lien of the mortgage so as to include therein a release of an easement of a right of way over Antony road running easterly from the building lots in question to North street as comprehended by the mortgage, and by directing the respondent to execute and deliver to the appellant a release of lot No. 24 inclusive of the aforesaid easement over Antony road upon receipt by him of the stipulated release price as contained in respondent's letter of June 7, 1932. The judgment of foreclosure shall except from the sale these aforesaid releases and also the right of the appellant or its successors and assigns to connect dwellings on the aforesaid building lots with such sewer or sewers as are now installed in the bed of Antony road in conformity with respondent's agreement of July 14, 1932. As so modified the judgment is unanimously affirmed, with costs to the appellant. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. Settle order on notice.